# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CORTLAND A. COOPER,

    Plaintiff,

v.                                              Case No: 8:22-cv-859-CEH-JSS

ROBERT MAGYAR, TODD RARICK
and U-HAUL MARKETING
COMPANY OF TAMPA BAY,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation, filed by Magistrate Judge Julie S. Sneed on May 23, 2022 (Doc. 5). In the Report and Recommendation, Magistrate Judge Sneed recommends that: (1) Plaintiff's construed Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) be denied without prejudice; and (2) Plaintiff's complaint (Dkt. 1) be dismissed without prejudice and with leave to file an amended complaint that complies with the Federal Rules of Civil Procedure and sets forth the basis for the court's jurisdiction. It is also recommended that the amended complaint, if any, be due within twenty (20) days.

Plaintiff was furnished a copy of the Report and Recommendation and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's construed Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 2) is DENIED without prejudice.

(3) Plaintiff's complaint (Dkt. 1) is DISMISSED without prejudice.

(4) Plaintiff is granted leave to file an amended complaint that complies with the Federal Rules of Civil Procedure and sets forth the basis for the court's jurisdiction. The amended complaint shall be filed within twenty (20) days of the date of this Order. Failure to file an amended complaint within the time frame indicated will result in this matter being dismissed without further notice from the Court.

**DONE AND ORDERED** at Tampa, Florida on June 14, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record